IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAYLE M. JOHNSON, and BRIAN JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, and WELLPATH, LLC,<br><br>Defendants. | **8:22CV3**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiffs' Motion for Voluntary Dismissal with Prejudice of Defendant Wellpath, LLC (Filing No. 92). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Wellpath, LLC be dismissed with prejudice with each party to pay their own costs. Defendant Douglas County, Nebraska to remain a party in this matter.

Dated this 8th day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge