IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAYLE M. JOHNSON, and BRIAN JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS COUNTY, NEBRASKA, <br><br> Defendant. | **8:22CV3** <br><br><br> **ORDER** |

On June 15, 2023, the Court stayed the summary judgment deadline to allow the parties time to take a Rule 30(b)(6) deposition and Plaintiffs' depositions, as well as to confer on some discovery matters. (Filing No. 90.) It appears the depositions have yet to occur, and the parties have not fully conferred regarding the discovery issues. Progression of this case must now resume.

Accordingly,

**IT IS ORDERED** as follows:

1. The parties shall fully confer regarding any outstanding discovery issues by November 22, 2023.
2. The deadline for the completion of all depositions in this case is January 19, 2024.
3. The deadline for bringing any discovery issues/disputes before the Court, including, but not limited to, motions to compel and motions for protective orders is January 5, 2024.

4. The deadline for filing motions to dismiss and motions for summary judgment is March 1, 2024.
5. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 1, 2024.
6. A status conference to discuss the trial and pretrial conference settings will be held with the undersigned magistrate judge by telephone on **January 25, 2024 at 3:45 p.m.**. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 17.)

Dated this 8th day of November, 2023.

        BY THE COURT:

        s/ Susan M. Bazis
        United States Magistrate Judge