IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GAYLE M. JOHNSON, and BRIAN JOHNSON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DOUGLAS COUNTY, NEBRASKA,<br><br>　　　　　Defendant. | 8:22CV3<br><br>ORDER OF DISMISSAL |

Parties have filed a joint stipulation for dismissal with prejudice, Filing No. 113. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice with each party to bear its own fees and costs.

　　SO ORDERED.

Dated this 12th day of February, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge